UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                          CASE NO.: 8:01-bk-20370-CED
MEDIABROWSER, INC
DBA MEDIABROWSER COM INC
         DEBTOR(S)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Comes now, R. Jay Harpley as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, he has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| CLAIM # | CHECK # | CLAIMANT | AMOUNT |
|---|---|---|---|
| 1 | 109 | Brett Piper<br>984 Hancock Avenue #5<br>West Hollywood, CA 90069 | $ 28.09 |
| 8 | 113 | The Guenther Company<br>360 N. Michigan Avenue<br>Suite 960<br>Chicago, IL 60601 | $ 404.89 |
| 14 | 115 | Psiweb, Inc.<br>c/o D. Zahn, Esq.<br>9000 World Trade Center<br>Norfolk, VA 23510 | $16,698.58 |
| 16 | 117 | PSINET, Inc.<br>c/o D. Zahn, Esq.<br>9000 World Trade Center<br>Norfolk, VA 23510 | $ 1,336.93 |

More than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to 11 U.S.C., §347 and Fed. R. Bankr. P.3011, the Trustee shall provide a check made payable to the U. S. Bankruptcy Court in the amount of $18,468.49, to the clerk of the court for deposit in the unclaimed funds account, and states that the claimants entitled thereto are as listed above.

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to the U. S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL, 33602, this 27th day of April, 2010.

/s/ R. Jay Harpley
R. JAY HARPLEY, TRUSTEE
P. O. Box 271286
Tampa, FL  33688-1286
Phone:  (813) 931-1700