UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                   Case No. 8:01-bk-20370-CED
                                                                          Chapter 7

Mediabrowser Inc.
dba Mediabrowser.com Inc.
58 Bahama Circle
Tampa, FL 33606

_____Debtor*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

    THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on November 22, 2010 by PSINet Liquidating, LLC c/o Eric A. Linn, President, Oak Point Partners, Inc. . The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $ 18,035.51 has been deposited in the Registry of the Court and that the Motion should be granted.

    Accordingly, it is

    **ORDERED** that the Motion for Payment of Unclaimed Funds filed by PSINet Liquidating, LLC c/o Eric A. Linn, President, Oak Point Partners, Inc. is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $ 18,035.51 to the order of:
PSINet Liquidating, LLC
c/o Eric A. Linn, President
Oak Point Partners, Inc.
1540 E. Dundee Rd., Suite 240
Palatine, IL 60074

    **DONE AND ORDERED** in Chambers at Tampa, Florida on December 3, 2010

Caryl E. Delano
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.